STATE v. HAYWOOD

No. 416P01

Case below: 144 N.C. App. 223

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 August 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE v. LASSITER

No. 390P01

Case below: 137 N.C. App. 773

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001. Justice Edmunds recused.

STATE v. MASON

No. 388P01

Case below: 126 N.C. App. 318

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001.

STATE v. MESSER

No. 405A01

Case below: 145 N.C. App. 43

Motion by Attorney General for temporary stay allowed 30 July 2001.

STATE v. NOWELL

No. 433P01

Case below: 144 N.C. App. 636

Motion by Attorney General for temporary stay allowed 3 August 2001.